

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2017

No. 04-17-00096-CV

**IN RE** Carolina **GARZA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

On February 22, 2017, Relator Carolina Garza filed a petition for writ of mandamus with this Court. Relator has not filed a certified or sworn copy of the order of which she complains in her petition. *See* TEX. R. APP. P. 52.3(k)(1)(A). Relator is ordered to supplement the mandamus record with a certified or sworn copy of the order being challenged by her petition for writ of mandamus within ten days of this of this order.

It is so **ORDERED** on February 27, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 14-05-53192-CV, styled *Carolina Garza v. UV Logistics, LLC and Alex Rodriguez*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.